UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GIANG VAN DOAN,

      Petitioner,

             v.                        CAUSE NO. 3:26-CV-182-CCB-SJF

MARKWAYNE MULLIN, SAMUEL
OLSON, and BRIAN ENGLISH,

      Respondents.

## ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Giang Van Doan from custody on appropriate conditions of supervised release. ECF 15. Respondent reports that the petitioner has since been released. ECF 16.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on June 30, 2026.

                              /s/*Cristal C. Brisco*
                              CRISTAL C. BRISCO, JUDGE
                              UNITED STATES DISTRICT COURT